IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| NANNETTE COWHERD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-0954-CV-W-DW |
| | ) |
| HUMANA, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. 63) filed by the parties, and upon the request of the parties, the Court hereby dismisses this action with prejudice, each party to bear her/its own costs and attorneys' fees.

SO ORDERED.

                                            /s/ DEAN WHIPPLE
                                            Dean Whipple
                                            United States District Judge

Date: April 21, 2006